# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| PAUL KEITH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-64 |
| | * | |
| v. | * | |
| | * | |
| COMMISSIONER TIMOTHY WARD; and | * | |
| WARDEN ROY ODOM, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation. In fact, another of this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused by Ware State Prison, Released." Dkt. No. 16 at 1; see also Dkt. No. 17 (indicating return of mail as undeliverable because Plaintiff has been released).

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules and failure to prosecute, **DIRECTS**

AO 72A
(Rev. 8/82)

the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this __27__ day of __February__, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)